# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Vazquez Commercial Contracting, LLC ) | ASBCA No. 61151 |
| ) | |
| Under Contract No. W91QF4-16-D-0001 ) | |

APPEARANCES FOR THE APPELLANT:     Steven J. Koprince, Esq.
                                   Matthew T. Schoonover, Esq.
                                   Candace M. Shields, Esq.
                                   Matthew P. Moriarty, Esq.
                                   Ian P. Patterson, Esq.
                                     Koprince Law LLC
                                     Lawrence, KS

APPEARANCES FOR THE GOVERNMENT:    Raymond M. Saunders, Esq.
                                     Army Chief Trial Attorney
                                   MAJ Bruce L. Mayeaux, JA
                                   MAJ Julie A. Glascott, JA
                                     Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 19 July 2017

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61151, Appeal of Vazquez Commercial Contracting, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals